COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
   E-Mail: sbenton@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
WALMART INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PATSY TOKUOKA, | CIVIL NO. 22-00135 |
|---|---|
| Plaintiff, | (Non-Motor Vehicle Tort) |
| vs. | **NOTICE OF REMOVAL; EXHIBITS "A" – "B"; CERTIFICATE OF SERVICE** |
| WALMART, INC.; and JOHN DOES 1-10, | |
| Defendants. | |

**NOTICE OF REMOVAL**

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

      Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant WALMART INC. (incorrectly identified as "WALMART, INC.")("WALMART"), files this Notice of Removal in the case now pending in the Circuit Court of the First Circuit,

State of Hawaii, styled <u>Patsy Tokuoka v. Walmart, Inc., et al.</u>, Civil No. 1CCV-22-0000265.  As grounds for removal, WALMART states as follows:

1. On March 7, 2022, Plaintiff PATSY TOKUOKA ("PLAINTIFF") filed a complaint in Civil No. 1CCV-22-0000265 in the Circuit Court of the First Circuit, State of Hawaii, against WALMART.

2. Upon information and belief, WALMART states that no other party has been named or appeared in the action.

3. WALMART was served with the complaint on March 8, 2022.

4. PLAINTIFF alleges in her complaint that WALMART is liable to her for damages in connection with a September 3, 2020 accident that occurred on WALMART's premises.

5. PLAINTIFF is a citizen of the State of Hawaii.

6. WALMART is a citizen of the State of Delaware (place of incorporation) and of the State of Arkansas (principal place of business).

7. PLAINTIFF alleges in her complaint that as the result of the September 3, 2020 accident, she sustained serious injuries.

8. PLAINTIFF prays in her complaint for an award of general and special damages against WALMART. However, because Hawaii law prohibits *ad damnum* clauses in complaints, PLAINTIFF does not specify the amount of damages that she prays for.

9. PLAINTIFF's counsel has affirmed that PLAINTIFF's claimed

damages exceed the sum or value of $75,000.00.

10. This court has original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different States within the meaning of 28 U.S.C. §1332.

11. A true and correct copy of PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "A", and comprises all process, pleadings, and orders served upon WALMART in the action.

12. A true and correct copy of WALMART's answer to PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "B".

WHEREFORE, Defendant WALMART INC. prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

DATED:  Honolulu, Hawaii, April 7, 2022.

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L. M. BENTON
Attorneys for Defendant
WALMART INC.