RODGER I. HOFFMAN    5557-0
rodger@rmhlawhawaii.com
JAMES C. GLENN    10694-0
james@rmhlawhawaii.com

ROSENBERG McKAY HOFFMAN
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2350
Honolulu, Hawaii 96813
Telephone: (808) 536-4270
Facsimile: (808) 533-0434

Attorneys for Plaintiff
Patsy Tokuoka

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-22-0000265**
**07-MAR-2022**
**03:25 PM**
**Dkt. 1 CMPS**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| PATSY TOKUOKA,<br><br>        Plaintiff,<br><br>vs.<br><br>WALMART, INC.; and JOHN DOES 1-10,<br><br>        Defendants. | Civil No.<br>(Non-Motor Vehicle Tort)<br><br>COMPLAINT; SUMMONS |

COMPLAINT

Comes now Plaintiff Patsy Tokuoka, by and through her attorneys, Rosenberg McKay Hoffman, and for a Complaint against the above-named Defendants alleges and avers as follows:

PARTIES

1. Plaintiff Patsy Tokuoka ("Plaintiff") is, and at all times relevant herein was, a resident of the City and County of Honolulu, State of Hawaii.

2. Upon information and belief, Defendant Walmart, Inc. ("Defendant Walmart") currently is, and at all times relevant herein was, a foreign limited liability company incorporated in Delaware, and authorized to do business in the City and County of Honolulu, State of Hawaii.

# EXHIBIT A

3. Defendants JOHN DOES 1-10 ("DOE Defendants") are persons, corporations, partnerships, business entities, non-profit entities, and/or governmental entities who acted in a negligent, wrongful or tortious manner which proximately caused or contributed to injuries and damages sustained by Plaintiff. Plaintiff has been unable to ascertain the names and identities of the above-named DOE Defendants from the investigation that has been conducted to date. Accordingly, Plaintiff has sued the unidentified DOE Defendants herein with fictitious names pursuant to Rule 17(d) of the Hawaii Rules of Civil Procedure, and Plaintiff will substitute the true names, identities, capacities, acts and/or omissions of the DOE Defendants when the same are ascertained.

## JURISDICTION AND VENUE

4. All of the acts and occurrences alleged herein occurred within the City and County of Honolulu, State of Hawaii.

5. The amount of Plaintiff's damages alleged herein fall within the jurisdictional requirements of this Court.

6. This Court has jurisdiction over the parties and subject matter of this action pursuant to Hawaii Revised Statutes ("HRS") § 603-21.5(a)(3).

7. Venue is proper in the First Circuit Court for the State of Hawaii pursuant to HRS § 603-36(5).

## FACTS

8. On or about September 3, 2020, Plaintiff fell due to a condition which posed an unreasonable risk of harm as she traversed the parking lot of the Walmart store located at 700 Keeaumoku Street, Honolulu, Hawaii.

9. Plaintiff fell forward onto her left knee and thereby sustained serious bodily injuries, including a fractured left knee which required surgical interventions.

10. Upon information and belief, Defendant Walmart is the owner and possessor of land located at 700 Keeaumoku Street in the City and County of Honolulu ("store"), where it owns and operates a retail sales store.

## CAUSE OF ACTION: NEGLIGENCE

11. Defendant Walmart's failure to maintain its parking lot in a reasonably safe condition, and Defendant Walmart's failure to warn Plaintiff of the unreasonable risk of harm which existed on its premises was negligent and committed with reckless disregard for the rights and safety of Plaintiff.

12. As a direct and proximate result of Defendant Walmart's negligence, Plaintiff suffered and continues to suffer from injuries and damages including, but not limited to: past and future medical and related expenses; past and future pain and suffering; disability and disfigurement; past and future loss of enjoyment of life; past and future serious mental anguish and emotional distress; past and future loss of income and other employment benefits; impairment of earning capacity; and property damage for which she is entitled to compensation in amounts to be proven at trial.

WHEREFORE, Plaintiff Patsy Tokuoka prays for relief against the above-named Defendants, jointly and severally, as follows:

    a. For general and special damages in amounts that will be proven at trial,

    b. For costs and attorney's fees,

    c. For prejudgment and post-judgment interest, and,

    d. For such other relief deemed just and appropriate under the circumstances.

DATED:  Honolulu, Hawaii, March 7, 2022

/s/ James C. Glenn
RODGER I. HOFFMAN
JAMES C. GLENN
Attorneys for Plaintiff

| STATE OF HAWAI'I CIRCUIT COURT OF THE FIRST CIRCUIT | SUMMONS TO ANSWER CIVIL COMPLAINT | CASE NUMBER |
|---|---|---|
| **PLAINTIFF** PATSY TOKUOKA | VS. | **DEFENDANT(S)** WALMART, INC.; and JOHN DOES 1-10 |

**PLAINTIFF'S NAME & ADDRESS, TEL. NO.**

RODGER I. HOFFMAN   5557-0
JAMES C. GLENN        10694-0
737 Bishop Street, Suite 2350
Honolulu, Hawaii 96813
Tel: (808) 536-4270

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

RODGER I. HOFFMAN, ESQ. and JAMES C. GLENN, ESQ.

_____,

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us | Effective Date of 28-Oct-2019 Signed by: /s/ Patsy Nakamoto Clerk, 1st Circuit, State of Hawai'i  |
|---|---|

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

Form 1C-P-787 (1CCT) (10/19)
Summons to Complaint   RG-AC-508 (10/19)